UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. _____

# 08-600‘73 CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

CELLANTENNA, CORP. a Florida corporation

    Plaintiff,

vs.

DEKOLINK WIRELESS, LTD. a foreign
corporation

    Defendant.

_____/

## COMPLAINT

    Plaintiff, CELLANTENNA, CORP hereby sues Defendant, DEKOLINK WIRELESS, LTD.

and alleges as follows:

    1.    This is an action for compensatory damages in excess of $75,000.00, exclusive of

interest and costs.

## JURISDICTION AND VENUE

    2.    This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332 (a)(2) insofar as this

controversy is between a citizen of the State of Florida and a citizen or subject of a foreign State.

    3.    Venue is appropriate is the Southern District of Florida pursuant to 28 U.S.C. §1391

(a)(2).

## THE PARTIES

    4.    Plaintiff, CELLANTENNA, CORP. is a Florida corporation having its principal place

of business in the Southern District of Florida.

5.     Plaintiff, CELLANTENNA is in the business of marketing, designing and installing solutions to radio frequency communication problems experienced by governmental and commercial entities.

6.     DEKOLINK WIRELESS, LTD. is a manufacturer and purveyor of radio frequency repeaters, amplifiers and other wireless technology.  DEKOLINK is engaged in business within the Southern District of Florida and other locations within the United States.

## COUNT I - Breach of Contract

7.     In 2004, CELLANTENNA was engaged in performing certain services for the New York City Transit Authority (NYCTA) to enhance this customer's wireless capabilities.   At this time, CELLANTENNA was a nonexclusive distributor of certain wireless technology products manufactured by DEKOLINK.

8.     DEKOLINK had developed a system to improve and enhance wireless communications.

9.     In 2004, DEKOLINK recognized an opportunity to expand its United States markets. In this regard, DEKOLINK requested that CELLANTENNA utilize its contacts within the NYCTA to obtain business for DEKOLINK.

10.    In furtherance of their discussions, in February 2004, DEKOLINK agreed to pay CELLANTENNA a 12% commission upon any payments made by NYCTA to DEKOLINK, or its subsidiaries, for labor, services, or materials furnished to the NYCTA.

11.    DEKOLINK's agreement to pay a 12% commission to CELLANTENNA was not limited to its direct contract(s) with NYCTA, but also included sales made under any third party

-2-

contracts between DEKOLINK and suppliers and/or installers of DEKOLINK products as they may relate to NYCTA projects.

12.     To assist DEKOLINK in obtaining business from NYCTA, Howard Melamed, President of CELLANTENNA flew to New York to meet with DEKOLINK and NYCTA representatives and, through his efforts, was instrumental in DEKOLINK receiving a contract(s) with the NYCTA to improve public safety communications in the New York subway system and other locations.

13.     At all times during the term of DEKOLINK relationship with NYCTA, CELLANTENNA was ready, willing and able, although it was not required to do so, to offer its services to assist DEKOLINK in the performance of its contractual obligations, including the testing and installation of the required wireless technologies.

14.     DEKOLINK has recognized and confirmed its obligation to pay commissions to CELLANTENNA, and indeed submitted some payments to the Plaintiff in 2005.

15.     After the execution of the initial contract between DEKOLINK and NYCTA, DEKOLINK deliberately excluded CELLANTENNA from any further dealings with this customer and has refused to provide Plaintiff with an accounting of its revenues received from NYCTA.

16.     During 2005, 2006 and 2007, DEKOLINK was paid millions of dollars by NYCTA but has refused to pay promised commissions to CELLANTENNA.

17.     Based upon the foregoing, DEKOLINK has breached its agreement to pay commissions to CELLANTENNA, and as a result CELLANTENNA has been damaged by the loss of such income in an amount believed to be in excess of $500,000.00.

WHEREFORE Plaintiff, CELLANTENNA, CORP requests that this Court enter final judgment for damages against DEKOLINK WIRELESS, LTD. for damages in excess of $500,000.00, plus prejudgment interest and costs.

**JEFFREY A. SARROW, P.A.**
Attorney for Plaintiff, CELLANTENNA, CORP
300 South Pine Island Road
Suite 304
Plantation, FL 33324
Telephone: (954) 475-3188
Telefax:     (954) 474-4416

e-mail: jsarrowpa@aol.com

Florida Bar No. 149005

-4-

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)    **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| CELLANTENNA, CORP. | DEKOLINK WIRELESS, LTD. |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _Israel_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jeffrey A. Garrow, P.A.
300 S. Pine Island Road
Plantation, Florida 33324
(954) 475-3188

08-60073 CIV-ALTONAGA MAGISTRATE JUDGE TURNOFF

Attorneys (If Known)

08cv60073-CMA/WCT

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** ☐ 820 Copyrights | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 490 Cable/Sat TV ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal | **LABOR** ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | Property Damage ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | **CIVIL RIGHTS** | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 441 Voting | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | | | |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO      b) Related Cases ☐ YES ☒ NO

JUDGE _____      DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Breach of Contract to Pay Commissions

LENGTH OF TRIAL via _3-4_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
Jan. 18, 2008

FOR OFFICE USE ONLY
AMOUNT $350.00      RECEIPT # 542064      IFP